AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Marcel SMALL<br>Date of Birth: XX/XX/1990<br>SSN: XXX-XX-7553 | )<br>)<br>) Case No. 19 mr 303<br>)<br>)<br>) |

FILED — 19 MAR 29 AM 10:15 — CLERK-ALBUQUERQUE

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____New Mexico_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   *April 4, 2019*
                                                                                             *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____.
                       *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*     ☐ for _____ days *(not to exceed 30)*.
                                                                       ☐ until, the facts justifying, the later specific date of _____

Date and time issued:  *March 21, 2019*
                                         *8:15 pm*                                            _____
                                                                                                              *Judge's signature*

City and state:    Albuquerque, New Mexico             Steven C. Yarbrough
                                                                                         *Printed name and title*

**U.S. MAGISTRATE JUDGE**

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 19MR303 | Date and time warrant executed: 3/25/19 11:25 | Copy of warrant and inventory left with: U.S. Marshalls |
| Inventory made in the presence of: Kacy Ramos / Nickolas Martinez |||
| Inventory of the property taken and name of any person(s) seized: buccal cell swabs X 2 |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/25/19

_KR_
Executing officer's signature

Kacy Ramos, ATF Task Force Officer
Printed name and title

## Attachment A

## DESCRIPTION OF PERSON TO BE SEARCHED

The person known as Marcel SMALL, Date of Birth: XX/XX/1990, SSN: XXX-XX-7553

See below picture



## Attachment B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

DNA evidence from Marcel SMALL to wit; Buccal cell swabs, sufficient for DNA analysis, which would be material evidence in a criminal prosecution.